**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover         Date: August 21, 2009
Court Reporter:     Paul Zuckerman
Probation Officer:  Doug Randolph
Interpreter:        Rose Yan

Criminal Action No. 08-cr-00116-MSK

*Parties*:                                 *Counsel*:

UNITED STATES OF AMERICA,                  Wayne Campbell

       Plaintiff,

v.

SHENG HUANG,                               Steven Louth

       Defendant.

---

### SENTENCING MINUTES
---

**1:43 p.m.     Court in session**.

Defendant present on bond.

Interpreter sworn

**Change of Plea Hearing on November 10, 2008. Defendant pled guilty to Count 1 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure. (**Doc. #236**) Argument by Mr. Campbell.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). (**Doc. #239**) Argument by Mr. Louth.

Allocution. - Statements made by: The Government, the defendant and defense counsel.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

Oral findings are made of record.

**ORDER:**    Government's Motion for Downward Departure (**Doc. #236**) is **DENIED.**

**ORDER:**    Defendant's Motion for Variance (**Doc. #239**) is **GRANTED in part and DENIED in part.**

**ORDER:**    **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**    Bond is exonerated.

**2:45   p.m.    Court in recess.**

Total Time:    1 hour 2  minutes
Hearing concluded